# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DALTON HICKS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:24-cv-00063-ACA-NAD |
| JONATHAN HORTON, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

On January 22, 2024, Petitioner Dalton Hicks filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  Consistent with the usual practices of this court, the petition was referred for a preliminary report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *McCarthy v. Bronson*, 500 U.S. 136 (1991); N.D. Ala. Local Rule 72.1.  For the reasons stated below, the court should dismiss this action without prejudice based on Petitioner Hicks' failure to prosecute.

## DISCUSSION

On January 26, 2024, Hicks was notified that, within 30 days, he must either (1) file an application to proceed *in forma pauperis*, or (2) pay the $5.00 filing fee.  Doc. 3 at 1.  Hicks was warned that if he did not comply within 30 days, "**the court may dismiss this action for failure to prosecute**."  Doc. 3 at 1 (citing Fed. R. Civ. P. 41(b)).

1

More than 35 days have passed, but Hicks has not complied with or otherwise responded to the January 25, 2024 order (Doc. 3).

## RECOMMENDATION

For the reasons stated above, this report **RECOMMENDS** that the court **DISMISS WITHOUT PREJUDICE** this action based on Hicks' failure to prosecute.

## NOTICE OF RIGHT TO OBJECT

The petitioner may file specific written objections to this report and recommendation. Any objections must be filed with the Clerk of Court within **14 days**. The petitioner must identify every objectionable finding of fact or recommendation and state the specific basis for every objection. The petitioner also must identify every claim in the petition that the report and recommendation has not addressed. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

A petitioner who fails to object to factual or legal conclusions in the Magistrate Judge's report and recommendation waives the right to challenge on appeal those same conclusions adopted in the District Judge's order. Without a proper objection, however, the court on appeal may review the unobjected-to factual and legal conclusions for plain error if necessary in the interests of justice. 11th Cir. R. 3-1.

After receiving the petitioner's objections, a District Judge will conduct a *de novo* review of the relevant portions of the report and recommendation and may accept, reject, or modify, in whole or in part, the Magistrate Judge's findings of fact and recommendations. The District Judge also may refer this action back to the Magistrate Judge with instructions for further proceedings.

The petitioner may not appeal the Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The petitioner may only appeal from a final judgment entered by a District Judge.

**DONE** this March 5, 2024.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE