# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DALTON HICKS,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 4:24-cv-00063-ACA-NAD |
| **JONATHAN HORTON,** | ) |
| **Respondent.** | ) |

## **ORDER OF DISMISSAL**

Petitioner Dalton Hicks filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On January 26, 2024, the magistrate judge notified Mr. Hicks that his petition was deficient and ordered that Mr. Hicks either file an application to proceed *in forma pauperis* or pay the $5.00 habeas filing fee. (Doc. 3). That order warned Mr. Hicks that the failure to comply within thirty days could result in dismissal of the action. (*Id.*).

After the thirty-day deadline expired (*see id.*), the magistrate judge entered a report, recommending that this court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute (doc. 4). The magistrate judge notified Mr. Hicks of his right to file specific written objections to the report and recommendation. (Doc. 4 at 2–3). The deadline to file objections has expired, and to date, no objections have been filed.

Mr. Hicks's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute.

**DONE** and **ORDERED** this April 4, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE